IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**NEW HOPE MISSIONARY**                                    **PLAINTIFF**
**BAPTIST CHURCH: THE VISION**
**CENTER**

**VS.**                         **CIVIL ACTION NO. 5:20-CV-00001-DCB-MTP**

**CHURCH MUTUAL INSURANCE**                        **DEFENDANTS**
**COMPANY AND DAVID**
**GOSNELL**

## AGREED ORDER EXTENDING BRIEFING SCHEDULE

COME NOW, the parties, New Hope Missionary Baptist Church: The Vision Center, Church Mutual Insurance Company, and David Gosnell and hereby submit to this court an agreed order extending time for Church Mutual Insurance Company to respond to Plaintiff's Motion to Remand and for David Gosnell to file his reply in support of his Motion to Dismiss.

Pursuant to FRCP 6(b), the court hereby extends the time for Church Mutual Insurance Company to respond to Plaintiff's Motion to Remand and for David Gosnell to file his reply in support of his Motion to Dismiss to April 9, 2020.

SO ORDERED this the 20th day of March, 2020.

                                                                         s/David Bramlette
                                                                         United State District Judge

Respectfully submitted,

BALCH & BINGHAM LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466

BY: /s/Donald Alan Windham Jr.
State Bar No. 100909
awindham@balch.com
*Attorney for the Defendants*

BY: /s/Michelle C. Le
State Bar No. 24085427
Michelle.le@lelawoffices.com
*Attorney for the Plaintiff*